UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WANDA W. SAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 4:19-cv-00631-JCH |
| EXPRESS SCRIPTS, INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed by and between the parties hereto that the plaintiff's claim and cause of action herein against defendant, having been fully settled and compromised shall hereby be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By:___/s/__*Eric A. Todd*_____
Eric A. Todd - #46919MO
Mallory S. Zoia - #70377MO
7700 Bonhomme Avenue, Suite 650
St. Louis, MO  63105
(314) 802-3935 telephone
(314) 802-3936 facsimile
eric.todd@ogletree.com
mallory.zoia@ogletree.com
Attorneys for Defendant

Respectfully submitted,

THE MILLER/SALSBURY LAW FIRM

By:___/s/__*Douglas B. Salsbury*_____
Douglas B. Salsbury - # 29902MO
925 W. 5th Street
Eureka, MO 63025
(636) 938-9877 telephone
(636) 938-6327 facsimile
gls@millersalsbury.com
Attorney for Plaintiff

_____
Wanda Sams - Plaintiff

1